UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| GENIE SOUTHERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00755-CCB |
| | ) | |
| SWIFTFUNDS FINANCIAL SERVICES LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFAULT JUDGMENT AND JUDGMENT

THIS CAUSE having come before the Court to consider, Plaintiff's, GENIE SOUTHERLAND, Motion for Default Judgment against Defendant, SWIFTFUNDS FINANCIAL SERVICES LLC, and upon consideration and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Default Judgment is granted and it is **FURTHER ORDERED** that Plaintiff, GENIE SOUTHERLAND, recover from Defendant, SWIFTFUNDS FINANCIAL SERVICES LLC, the following amount plus any applicable interest:

$1,000.00 in statutory damages for violations of the FDCPA
$4,097.20 in attorneys' fees
$   660.00 in costs
_____
$5,757.20

Dated: 9/15/20

/S/
Honorable Catherine C. Blake
United States District Judge

1