**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

November 5, 2020

MEMORANDUM TO COUNSEL

Re:   *Southerland v. Swiftfunds Fin. Servs. LLC*
       Civil No. CCB-20-0755

Dear Mr. Agruss and Mr. Siddons,

    I have received plaintiff's Motion for a judgment debtor examination of Marie Petree, as Chief Executive Officer of defendant Swiftfunds Financial Services LLC (ECF 14). The motion was served on Swiftfunds through an address in Connecticut (ECF 14 at 5), as was the Summons and Complaint (ECF 6). I suggest that this Motion for examination should be mailed to Ms. Petree at the address you have for Swiftfunds in California. (*See* ECF 14 at 1 n.1 and ECF 3 Ex. B).

                                Sincerely yours,

                                /S/

                                Catherine C. Blake
                                United States District Judge