UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| GENIE SOUTHERLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-00755-CCB |
| ) | |
| SWIFTFUNDS FINANCIAL SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT

**PLEASE TAKE NOTICE** that Defendant, SWIFTFUNDS FINANCIAL SERVICES, LLC, has satisfied the judgment entered by this Honorable Court on September 15, 2020.

RESPECTFULLY SUBMITTED,

DATED: March 1, 2021            By:  /s/ Michael A. Siddons
                                       Michael A. Siddons
                                       Attorney No. 89018
                                       The Law Firm of Michael Alan Siddons, Esquire
                                       230 N. Monroe Street, PO Box 403
                                       Media, PA 19063
                                       Tel: 410-705-0970
                                       msiddons@siddonslaw.com
                                       Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

On March 01, 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court, using the CM/ECF system.  I mailed a copy to Defendant at the address below:

Swiftfunds Financial Services LLC
30 Trinity Street
Hartford CT 06106


DATED: March 1, 2021		By:  /s/ Michael A. Siddons
				Michael A. Siddons